IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KELON WADE**                                                                                  **PLAINTIFF**

v.                                  **CASE NO. 5:13CV00261 BSM**

**JEFFERSON COUNTY SHERIFF'S
DEPARTMENT, et al.**                                                                        **DEFENDANTS**

<u>**ORDER**</u>

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is determined that the proposed findings and recommendations should be, and hereby are, adopted in their entirety.

IT IS THEREFORE ORDERED that:

1.     Plaintiff's complaint [Doc. No. 2] is dismissed for failing to state a claim upon which relief may be granted.

2.     This dismissal constitutes a "strike," as defined by 28 U.S.C. § 1915(g).

3.     It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 24th day of October 2013.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE